No. 131. COLLINS *v.* CALIFORNIA. Appeal from the District Court of Appeal of California, Second Appellate District. *Per Curiam:* The appeal is dismissed for want of jurisdiction. 28 U. S. C. § 1257 (2). Treating the papers whereon the appeal was allowed as a petition for writ of certiorari as required by 28 U. S. C. § 2103, certiorari is denied.

No. 144. POND CREEK POCAHONTAS CO. ET AL. *v.* ALEXANDER, CHIEF OF THE DEPARTMENT OF MINES OF WEST VIRGINIA, ET AL. Appeal from the Supreme Court of Appeals of West Virginia. *Per Curiam:* Bierer, present Chief of the Department of Mines of West Virginia, substituted as a party appellee for Alexander. The appeal is dismissed for the want of a substantial federal question. *Don Rose* for appellants.

No. 183. HOUSTON FIRE & CASUALTY INSURANCE CO. *v.* UNITED STATES ET AL. Appeal from the United States District Court for the Northern District of Texas. *Per Curiam:* The motion to affirm is granted and the judgment is affirmed. MR. JUSTICE BLACK is of the opinion that probable jurisdiction should be noted and the case set down for oral argument. *Reagan Sayers* for appellant. *Acting Solicitor General Stern* and *E. M. Reidy* for the United States and the Interstate Commerce Commission, appellees.